# United States District Court

## District of Utah

TRUCK INSURANCE EXCHANGE,

Plaintiff,

v.

CARLOS PROPERTIES, INC.; JAMIE
BITTON; WAYNE M. CARLOS; AND
DENISE CARLOS,

Defendants.


DENISE CARLOS, JAMIE BITTON;
CARLOS PROPERTIES, INC.; AND
WAYNE M. CARLOS

Third-Party Plaintiffs,

v.

PAUL P. MCGARRELL INSURANCE
AGENCY, INC.

Third-Party Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:25-cv-77

IT IS ORDERED AND ADJUDGED

That this action is remanded to the Second Judicial District Court, Weber County, State of Utah.

September 23, 2025
_____
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge